# EXHIBIT A

# United States Patent Office

983,624
Registered May 14, 1974

## PRINCIPAL REGISTER
## Trademark

Ser. No. 427,008, filed June 12, 1972

## THE NORTH FACE

The North Face (California corporation)
1234 5th St.
Berkeley Calif. 94710

For: BACKPACKS, in CLASS 3 (INT. CL. 22).

For: SLEEPING BAGS, TENTS, SNOWSHOES, AND SKIS, in CLASS 22 (INT. CL. 28).

For: CAMPING CLOTHING—NAMELY, RAINWEAR, PARKAS, VESTS, TROUSERS, SHOES, GLOVES AND HEADGEAR—in CLASS 39 (INT. CL. 25).

First use June 1968; in commerce Mar. 10, 1969.

Int. Cl.: 42
Prior U.S. Cl.: 101

United States Patent and Trademark Office

New Cert.

Reg. No. 1,102,407
Registered Sep. 12, 1978
OG Date May 24, 2005

SERVICE MARK
PRINCIPAL REGISTER
REGISTRATION ASSIGNED



NORTH FACE APPAREL CORP., THE
(DELAWARE CORPORATION)
3411 SILVERSIDE ROAD
201 BAYNARD BUILDING
WILMINGTON, DE 19810

OWNER OF U.S. REG. NO. 1,030,071.

FOR: RETAIL STORE, MAIL ORDER, AND DISTRIBUTORSHIP SERVICES IN THE FIELD OF CAMPING AND OUTDOOR GEAR, BOOKS, FOOD, HARDWARE AND SPORTS EQUIPMENT, IN CLASS 42 (U.S. CL. 101).
FIRST USE 6-0-1968; IN COMMERCE 3-10-1969.
SER. NO. 73-138,805, FILED 8-25-1977.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 24, 2005.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

Int. Cls.: 18, 20, 22 and 25

Prior U.S. Cls.: 3, 22 and 39

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 1,030,071
Registered Jan. 13, 1976
Renewal Term Begins Jan. 13, 1996

## TRADEMARK
## PRINCIPAL REGISTER



NORTH FACE, INC., THE (DELAWARE CORPORATION)
2013 FARALLON DRIVE
SAN LEANDRO, CA 94577, BY ASSIGNMENT AND CHANGE OF NAME FROM NORTH FACE, THE (CALIFORNIA CORPORATION) BERKELEY, CA

FOR: BACKPACKS, IN CLASS 18 (U.S. CL. 3).

FIRST USE 6-0-1968; IN COMMERCE 3-10-1969.

FOR: SLEEPING BAGS, IN CLASS 20 (U.S. CL. 22).

FIRST USE 6-0-1968; IN COMMERCE 3-10-1969.

FOR: TENTS, IN CLASS 22 (U.S. CL. 22).

FIRST USE 6-0-1968; IN COMMERCE 3-10-1969.

FOR: CAMPING CLOTHING—NAMELY, RAINWEAR, PARKAS, VESTS, TROUSERS, SHOES, GLOVES, HEADGEAR AND SNOWSHOES, IN CLASS 25 (U.S. CL. 39).

FIRST USE 6-0-1968; IN COMMERCE 3-10-1969.

SER. NO. 73-019,714, FILED 4-25-1974.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Apr. 9, 1996.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cls.: 18, 20, 22 and 25

Prior U.S. Cls.: 1, 2, 3, 7, 13, 19, 22, 25, 32, 39, 41, 42 and 50

Reg. No. 2,097,715

**United States Patent and Trademark Office**    Registered Sep. 16, 1997

## TRADEMARK
### PRINCIPAL REGISTER



NORTH FACE, INC., THE (DELAWARE CORPORATION)
2013 FARALLON DRIVE
SAN LEANDRO, CA 94577

FOR: BACKPACKS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).
FIRST USE 12-0-1971; IN COMMERCE 12-0-1971.
FOR: SLEEPING BAGS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).
FIRST USE 12-0-1971; IN COMMERCE 12-0-1971.
FOR: TENTS, IN CLASS 22 (U.S. CLS. 1, 2, 7, 19, 22, 42 AND 50).
FIRST USE 12-0-1971; IN COMMERCE 12-0-1971.

FOR: CLOTHING, NAMELY, PARKAS, VESTS, JACKETS, ANORAKS, PANTS, SKI BIBS, GLOVES, MITTENS, UNDERWEAR, HATS, HEADBANDS, CAPS, SKI SUITS, GAITERS, SHORTS, SHIRTS AND BELTS, IN CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 12-0-1971; IN COMMERCE 12-0-1971.

OWNER OF U.S. REG. NOS. 983,624, 1,102,407 AND OTHERS.

SER. NO. 75-176,107, FILED 10-3-1996.

CYNTHIA A. MANCINI, EXAMINING ATTORNEY

Int. Cls.: **18, 20, 22 and 25**

Prior U.S. Cls.: **1, 2, 3, 7, 13, 19, 22, 25, 32, 39, 41, 42 and 50**

**United States Patent and Trademark Office**

Reg. No. 2,897,197
Registered Oct. 26, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## NEVER STOP EXPLORING

NORTH FACE APPAREL CORP., THE (DELAWARE CORPORATION)
3411 SILVERSIDE RD
WILMINGTON, DE 19810

FOR: BACKPACKS, LUGGAGE, DUFFEL BAGS, WAIST PACKS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-0-1997; IN COMMERCE 1-0-1997.

FOR: SLEEPING BAGS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-0-1997; IN COMMERCE 1-0-1997.

FOR: TENTS, IN CLASS 22 (U.S. CLS. 1, 2, 7, 19, 22, 42 AND 50).

FIRST USE 1-0-1997; IN COMMERCE 1-0-1997.

FOR: CLOTHING, NAMELY, T-SHIRTS, TOPS, SHORTS, SWEATSHIRT, SWEATERS, PANTS, JACKETS, VESTS, ANORAKS, SKI SUITS, SKI JACKETS, SKI VESTS, RAIN JACKETS, AND RAIN PANTS, FOOTWEAR AND HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-0-1997; IN COMMERCE 1-0-1997.

SER. NO. 78-250,061, FILED 5-15-2003.

ODESSA BIBBINS, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 3,294,604
Registered Sep. 18, 2007

## SERVICE MARK
### PRINCIPAL REGISTER

# THE NORTH FACE

THE NORTH FACE APPAREL CORP. (DELAWARE CORPORATION)
3411 SILVERSIDE RD.
WILMINGTON, DE 19810

FOR: RETAIL STORE, MAIL ORDER, AND DISTRIBUTORSHIP SERVICES IN THE FIELDS OF CAMPING AND OUTDOOR GEAR, BOOKS, FOOD, HARDWARE AND SPORTS EQUIPMENT, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 0-0-1966; IN COMMERCE 0-0-1966.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,300,758, 2,836,848, AND OTHERS.

SN 78-361,524, FILED 2-3-2004.

JENNIFER KRISP, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 3,294,605
Registered Sep. 18, 2007

## SERVICE MARK
### PRINCIPAL REGISTER



THE NORTH FACE APPAREL CORP. (DELAWARE CORPORATION)
3411 SILVERSIDE RD.
WILMINGTON, DE 19810

FOR: RETAIL STORE, MAIL ORDER, AND DISTRIBUTORSHIP SERVICES IN THE FIELDS OF CAMPING AND OUTDOOR GEAR, BOOKS, FOOD, HARDWARE AND SPORTS EQUIPMENT, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-0-1968; IN COMMERCE 3-0-1969.

OWNER OF U.S. REG. NOS. 2,300,758, 2,836,848, AND OTHERS.

SN 78-361,558, FILED 2-3-2004.

JENNIFER KRISP, EXAMINING ATTORNEY

Int. Cls.: 9, 18, 20, 21, 22, 25, and 35

Prior U.S. Cls.: 1, 2, 3, 7, 13, 19, 21, 22, 23, 25, 26, 29, 30, 32, 33, 36, 38, 39, 40, 41, 42, 50, 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 3,538,773
Registered Nov. 25, 2008

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



THE NORTH FACE APPAREL CORP. (DELAWARE CORPORATION)
3411 SILVERSIDE ROAD
WILMINGTON, DE 19810

FOR: COMPUTER BAGS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-25-1989; IN COMMERCE 1-25-1989.

FOR: ALL PURPOSE SPORTING BAGS, BACKPACKS, DAY PACKS, KNAPSACKS, RUCKSACKS, BOOK BAGS, TOTE BAGS, HANDBAGS, DUFFEL BAGS, KNAP SACKS AND DUFFEL SACKS, MESSENGER BAGS, HIP AND LUMBAR PACKS, HIP BELTS, SHOULDER BAGS, MESSENGER BAGS, BOOK BAGS, WAIST PACKS, FANNY PACKS, DAY PACKS, SHOULDER BAGS, SATCHELS, MOUNTAINEERING BAGS, BOSTON BAGS, INTERNAL FRAME PACKS AND EXTERNAL FRAME PACKS, BACKPACK BOTTLE POCKETS, RAIN COVERS USED TO COVER THE AFORESAID; HYDRATION PACKS, NAMELY, BACKPACK HYDRATION SYSTEMS CONSISTING OF A BACKPACK, A RESERVOIR, AND A MOUTHPIECE CONNECTED TO THE RESERVOIR BY A TUBE; BACKPACK SHOULDER HARNESSES; PARTS AND FITTINGS FOR ALL THE AFORESAID GOODS; WALKING STICKS, ALPENSTOCKS, UMBRELLAS, AND PARASOLS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-25-1989; IN COMMERCE 1-25-1989.

FOR: SLEEPING BAGS; COVERS FOR SLEEPING BAGS; SLEEPING BAG PADS; SLEEPING BAG LINERS; SACKS FOR CARRYING AND STORING SLEEPING BAGS; NON-METAL TENT POLES AND TENT STAKES, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-25-1989; IN COMMERCE 1-25-1989.

FOR: HYDRATION PACKS, NAMELY, HYDRATION SYSTEM CONSISTING OF A RESERVOIR AND A MOUTHPIECE CONNECTED TO THE RESERVOIR BY A TUBE, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 1-25-1989; IN COMMERCE 1-25-1989.

FOR: TENTS; TENT ACCESSORIES, NAMELY, TENT STORAGE BAGS, RAIN FLIES, VINYL GROUND CLOTHS, TENT POLE STORAGE SACKS, AND GEAR LOFT PLATFORMS USED FOR STORAGE, IN CLASS 22 (U.S. CLS. 1, 2, 7, 19, 22, 42 AND 50).

FIRST USE 1-25-1989; IN COMMERCE 1-25-1989.

FOR: CLOTHING, NAMELY, MEN'S, WOMEN'S, AND CHILDREN'S T-SHIRTS, SHIRTS, TOPS, SWEATSHIRTS, SWEATPANTS, PANTS, SIDE ZIP PANTS, SHORTS, TROUSERS, JEANS, VESTS, PARKAS, ANORAKS, COATS, JACKETS, WIND-RESISTANT JACKETS, JACKET HOODS, PULLOVERS, SWEATERS, COVERALLS, UNDERWEAR, THERMAL UNDERWEAR, BOXER BRIEFS, SLEEPWEAR, LINGERIE, LOUNGEWEAR, HOSIERY, SOCKS,

TIGHTS, GLOVES, MITTENS; OUTERWEAR, NAMELY, SHELLS, ONE-PIECE SHELL SUITS, SKI WEAR, SKI SUITS, SKI VESTS, SKI JACKETS, SKI BIBS, BIB OVERALLS, BIB PANTS, SNOWBOARD WEAR, SNOW PANTS, SNOW SUITS, RAIN WEAR, RAIN JACKETS, RAIN PANTS, GAITERS, NAMELY, NECK GAITERS, LEG GAITERS AND ANKLE GAITERS; SKIRTS, SKORTS, DRESSES, SWIMSUITS, SWIM TRUNKS; FOOTWEAR, NAMELY, ATHLETIC SHOES, SNEAKERS, TRAIL RUNNING SHOES, CLIMBING SHOES, HIKING SHOES, SLIPPERS, CLIMBING SLIPPERS, BOOTS, TREKKING BOOTS, HIKING BOOTS, SNOWSHOES, CLOGS, SANDALS; HEADGEAR, NAMELY, CAPS, HATS, HEADBANDS, BANDANAS, SCARVES, EARBANDS, EARMUFFS, BALACLAVAS, VISORS, BEANIES; BELTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-25-1989; IN COMMERCE 1-25-1989.

FOR: ON-LINE RETAIL STORE SERVICES, RETAIL STORE SERVICES, MAIL ORDER, CATALOGUE AND DISTRIBUTORSHIP SERVICES, ALL FEATURING CAMPING AND OUTDOOR GEAR AND EQUIPMENT, BOOKS, FOOD, HARDWARE, CLOTHING, SPORTSWEAR, EYEWEAR, FOOTWEAR, HEADGEAR, SPORTS EQUIPMENT AND RELATED ACCESSORIES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-25-1989; IN COMMERCE 1-25-1989.

OWNER OF U.S. REG. NOS. 983,624, 2,097,715, AND OTHERS.

THE COLOR(S) RED AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE LITERAL ELEMENT "THE NORTH FACE" IN WHITE LETTERS IN A SOLID RED SQUARE, WITH THE DESIGN ELEMENT CONSISTING OF THREE ARCS EMANATING FROM THE RIGHT OF EACH WORD.

SN 78-797,140, FILED 1-23-2006.

RONALD DELGIZZI, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 3,630,564

**United States Patent and Trademark Office**     Registered June 2, 2009

## SERVICE MARK
### PRINCIPAL REGISTER

## NEVER STOP EXPLORING

THE NORTH FACE APPAREL CORP (DELAWARE CORPORATION)
3411 SILVERSIDE ROAD
WILMINGTON, DE 19810

FOR: RETAIL STORE AND ON-LINE RETAIL STORE SERVICES IN THE FIELD OF APPAREL, CAMPING AND OUTDOOR GEAR, AND OUTDOOR SPORTING GOODS EQUIPMENT, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-1-1997; IN COMMERCE 1-1-1997.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,897,197 AND 3,232,358.

SER. NO. 77-594,166, FILED 10-16-2008.

JULIE VEPPUMTHARA, EXAMINING ATTORNEY